NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002225
12-MAY-2014
08:09 AM

NO. CAAP-13-0002225

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RAMONA HUSSEY, M. KA'IMILA NICHOLSON,
NATALIA ANTONIA HUSSEY-BURDICK, BRENT S. DUPUIS,
MARVIN D. HESKETT, and JOEL L. MERCHANT,
Petitioners-Appellants,
v.
CALVIN K.Y. SAY,
Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDING NO. 12-1-0736)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the May 5, 2014 "Respondent-Appellee Calvin K.Y. Say's Motion for Reconsideration" of the Intermediate Court of Appeals Opinion filed April 23, 2014, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, May 12, 2014.

Presiding Judge

Associate Judge

Associate Judge